Mark Meyerstein, defendant in error, v. St. Louis Merchants Bridge Terminal Railway Company, plaintiff in error.

Action to recover for personal injuries and injury to automobile in collision with freight car. Judgment for plaintiff. Error to the City Court of Granite City; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the March term, 1919. Affirmed.

Opinion filed November 7, 1919. *Certiorari* denied by Supreme Court (making opinion final).

J. L. Howell and Kramer, Kramer & Campbell, for plaintiff in error. J. M. Bandy, for defendant in error.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Mr. Presiding Justice Higbee delivered the opinion of the court.